UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ADAN RIVERA** | * | **CIVIL ACTION NO. 3:14-cv-00667** |
| | * | |
| | * | **JUDGE JOHN W. DEGRAVELLE** |
| **v.** | * | |
| | * | **MAG. JUDGE ERIN WILDER-DOOMES** |
| **MARTIN J. DONNELLY** | * | |
| **ANTIQUE TOOLS** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Martin J. Donnelly Tools (hereinafter "MJD"), and pursuant to Federal Rule of Civil Procedure, Rule 56 moves for the entry of an order granting summary judgment in favor of MJD and against Plaintiff, Adan Rivera, for the reasons that are more fully set out in the attached memorandum, affidavit, exhibits and Statement of Uncontested Material Facts since there is no genuine dispute as to any material fact and MJD is entitled to judgment as a matter of law.

MJD's *Motion to Dismiss with Prejudice for Failure to Comply with the Court's Discovery Orders* (Doc. 28) has been set for hearing before the District Court for April 7, 2016 at 11:00 a.m. in Courtroom 1 (Doc. 37). MJD respectfully requests that this *Motion for Summary Judgment* be set on the same day and time as the *Motion to Dismiss*.

    Respectfully submitted,

    */s/ R. Patrick Vance*
    R. PATRICK VANCE (Bar Roll #13008)
    Jones Walker LLP
    201 St. Charles Avenue, 49th Floor
    New Orleans, Louisiana 70170

{N3182828.1}

Telephone:  (504) 582-8194
Facsimile:  (504) 589-8194
E-Mail:  pvance@joneswalker.com

MICHAEL R. RHEA (Bar Roll #34722)
Jones Walker LLP
8555 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone:  (225) 248-2190
Facsimile:  (225) 248-3190
E-Mail:  mrhea@joneswalker.com

*Attorneys for Defendant,*
  *Martin J.  Donnelly Antique Tools*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded this day to all counsel of record, ☐ by e-mail, ☐ by facsimile, ☒ by CM/ECF, and/or ☐ by United States mail, postage prepaid and properly addressed, this 1st day of March, 2016.

/s/ R. Patrick Vance